MICHAEL L. TURRILL (SBN 185263)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile:  213.629.7401
Email:      michael.turrill@arentfox.com

Attorneys for Defendant
STRIPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEISBERG,<br><br>               Plaintiff,<br><br>v.<br><br>STRIPE, INC.,<br><br>               Defendant. | CASE NO.  3:16-cv-00584-JST<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Date:   July 27, 2016<br>Time:   2:00 p.m.<br>Ctrm:   9<br><br>New Proposed Date:  August 3, 2016<br>Time:   2:00 p.m.<br>Ctrm:   9 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/13515763.1

STIPULATION AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT CONF.
CASE NO. 3:16-CV-00584-JST

1  WHEREAS, on June 21, 2016 the Court issued an Order vacating the June 30, 2016 hearing date on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint ("Order") (Dckt #27);

WHEREAS, in said Order the Court also re-set the Case Management Conference for July 27, 2016 at 2:00 p.m.;

WHEREAS, lead counsel for Defendant, Michael L. Turrill, will be out of town on July 27 for a long-planned vacation and therefore has requested that the Case Management Conference be continued for a period of one week, or to an alternative date to be set by the Court.

IT IS HEREBY STIPULATED by and between the Parties, and by and through their respective counsel, that the Case Management Conference be continued to August 3, 2016 at 2:00 p.m., or to some other date to be determined by the Court.

Dated: June 27, 2016                **ARENT FOX LLP**

By: */s/ Michael L. Turrill*
MICHAEL L. TURRILL
Attorney for Defendant
STRIPE, INC.

Dated: June 27, 2016                **LAW OFFICES OF JOSEPH MISKABI**

By: */s/ Joseph Miskabi*
JOSEPH MISKABI
Attorney for Plaintiff
DAVID WEISBERG

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/13515763.1

1

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONF.
CASE NO. 3:16-CV-00584-JST

# **ORDER**

Based upon the Stipulation of the Parties, and good cause appearing therefor, the Court hereby Orders that the Case Management Conference currently scheduled in this matter for July 27, 2016 at 2:00 p.m. is hereby continued to ~~August 3,~~ August 17, 2016 at 2:00 p.m.

Dated: June 30, 2016

_____
U.S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2016, I electronically filed the foregoing **STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** with the Clerk of the Court, using the CM/ECF system, which will automatically send email notifications of such filing to all counsel who have entered an appearance in this action.

/s/ *Michael L. Turrill*
Michael L. Turrill, Esq.