HOGAN LOVELLS US LLP
MICHAEL L. TURRILL (SBN 185263)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
michael.turrill@hoganlovells.com

Attorneys for Defendant
STRIPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEISBERG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STRIPE, INC.,<br><br>　　　　　Defendant. | Case No.  3:16-CV-00584-JST<br><br>*Assigned to Honorable Jon S. Tigar*<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO COMPLETE ADR PROCESS** |

　　　　WHEREAS, on or about April 15, 2016 the Court entered on Order Selecting ADR Process [Dckt. # 20];

　　　　WHEREAS, the parties selected "Private ADR" through JAMS as their ADR process;

　　　　WHEREAS, pursuant to the Court Order, the deadline to complete the mediation was July 15, 2016;

　　　　WHEREAS, the Defendant's Motion to Dismiss First Amended Complaint is under submission with the Court;

　　　　WHEREAS, the initial Case Management Conference has been continued to August 17, 2016;

　　　　WHEREAS, in light of the current procedural status of the case, the parties believe there is good cause to continue the ADR completion deadline.

THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The ADR completion deadline currently set for July 15, 2016 shall be continued to a date that is 90 days following the Case Management Conference that is currently scheduled for August 17, 2016, or November 15, 2016.

Dated: July 12, 2016                HOGAN LOVELLS US LLP

                                    By:  /s/ Michael L. Turrill
                                         Michael L. Turrill
                                         Attorney for Defendant
                                         STRIPE, INC.

Dated: July 12, 2016                LAW OFFICES OF JOSEPH MISKABI, APC

                                    By:  /s/ Joseph Miskabi
                                         Joseph Miskabi
                                         Attorney for Plaintiff
                                         DAVID WEISBERG

**ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing therefor, the Court HEREBY ORDERS that the ADR Completion Date in this matter is continued from July 15, 2016 to November 15, 2016.

Dated: July 13, 2016

THE HONORABLE JON S. TIGAR

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE ADR PROCESS

\\LA - 703467/000300 - 1233415 v1

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 13, 2016, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE ADR PROCESS** with the Clerk of the Court, using the CM/ECF system, which will automatically send email notifications of such filing to all counsel who have entered an appearance in this action.

                                      /s/  *Michael L. Turrill*
                                    Michael L. Turrill, Esq.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE ADR PROCESS

\\LA - 703467/000300 - 1233415 v1