UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEISBERG,<br><br>   Plaintiff,<br><br>  v.<br><br>STRIPE, INC.,<br><br>   Defendant. | Case No. 16-cv-00584-JST<br><br>**ORDER CONTINUING CMC AND DENYING MOTION TO APPEAR BY TELEPHONE AS MOOT**<br><br>Re: ECF Nos. 35, 36 |

  In light of this Court's Order Granting the Motion to Dismiss, ECF No. 35, the Case Management Conference currently scheduled for August 17, 2016 is hereby continued to October 26, 2016 at 2:00 p.m. An updated Joint Case Management Statement shall be filed by 5:00 p.m. on October 17, 2016.

  Plaintiff's Motion to Appear by Telephone at the CMC is therefore denied as moot. ECF No. 36.

  IT IS SO ORDERED.

Dated: August 2, 2016

                  _____
                    JON S. TIGAR
                   United States District Judge